ACCEPTED
03-12-00726-CV
4306747
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/26/2015 9:07:58 PM
JEFFREY D. KYLE
CLERK

**RAY BASS, ATTORNEY**

email: ray@raybass.com

120 West 8th Street
Georgetown, Texas 78626

Tel. 512-863-8788
Fax. 512-233-2376

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/26/2015 9:07:58 PM
JEFFREY D. KYLE
Clerk

**FEBRUARY 26, 2013**

JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711

RE: MARY LOUISE SERAFINE
v.
ALEXANDER BLUNT & ASHLEY BLUNT
NUMBER 03-12-00726-CV

LETTER SUPPLEMENT TO APPELLANT'S BRIEF

This case is curently pending on appeal and Appellant wishes to bring to the Court's attention the recent case of *James v. Calkins*, 446 S.W.3d 135 (Tex.App.-Houston [1st Dist.] 2014), pet. filed Feb. 3, 2015.

In *James v. Calkins* the Houston Court of Appeals considered various claims including fraudulent lien, where the underlying factual basis was that the defending parties had appeared in court (as a disputed guardian) and had filed a lis pendens. The court of appeals found that such claims were "based on, relate

to, or are in response to, the exercise of [appellants'] right to petition," and therefore reversed the trial court's denial of a motion to dismiss under the Texas Citizen Participation Act ("TCPA"). 446 S.W.3d at 150. The court thus ordered dismissal of the claims with prejudice, and remanded the case to the trial court for an award costs, fees, expenses, and sanctions as required by the TCPA. *Id*.

The court held that the nonmovant's burden, on a motion to dismiss under the TCPA, requires "clear and specific evidence" within the ordinary meanings of the words, and that "[c]onclusory statements are not probative and accordingly will not suffice to establish a prima facie case. *Id*. at 150. (citation omitted).

SINCERELY

/s/ Ray Bass

RAY BASS

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(i)(2) the below signed counsel for appellant certifies that the foregoing Letter Supplement To Appellant's Brief, excluding the parts listed in Rule 9.4(i)(1), contains 204 words.

/s/ Ray Bass
_____
Ray Bass

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's Brief has been served via the method indicated below, to the person(s) noted below on this, the 12th day of February, 2013.

Doran D. Peters
HAJJAR, SUTHERLAND, PETERS & WASHMON, LLP
1205 Rio Grande Street
Austin, Texas  78701
Attorney For Appellees
Via Email DPeters@hspwlegal.com

Ronald Max Raydon
Law Office of Ronald Max Raydon
1718 Fry Road, Suite 450
Houston, Texas  77084
Attorney For Scott Lockhart, and
Attorney For Austin Drainage & Foundation, LLC
Via Email ron@raydonlaw.com

/s/ Ray Bass
_____
RAY BASS